PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Sara Ann Gombos　　　　　　　　　　　　　　　Cr.: 01-00553-002
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 30491

Name of Sentencing Judicial Officer: Nicholas H. Politan; reassigned to Judge Dennis Cavanaugh

Date of Original Sentence: 12/20/01

Original Offense: Bank Robbery

Original Sentence: 51 months incarceration

Type of Supervision: Supervised Release　　　　　　Date Supervision Commenced: 09/29/05

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy restitution. |

U.S. Probation Officer Action:

We respectfully request that the supervision be allowed to expire as scheduled on September 29, 2009, with restitution owing and the pending DUI offense to be handled by the local jurisdiction.

Respectfully submitted,

By: Kellyanne Kelly
　　Senior U.S. Probation Officer
Date: 08/28/09

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other: Allow Supervision to Expire as Scheduled on 29 September 2009, with Restitution Owing and Pending DUI Offense.

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

28 August 2009
Date